SEALED

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
July 01, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____MLG_____
DEPUTY

UNITED STATES OF AMERICA
Plaintiff

v

TIMOTHY JOSEPH LEIWEKE
Defendant

1:25-CR-00344 ADA

## MOTION TO SEAL INDICTMENT

TO THE HONORABLE JUDGE OF SAID COURT:

The United States of America, by and through the undersigned Assistant United States Attorney for the Western District of Texas, respectfully requests that the Court seal all documents relating to the Indictment of Timothy Joseph Leiweke, filed in the above-styled cause. These documents include the Indictment, the Record of Grand Jurors Concurring, the Personal Data Sheet, the Order for Bench Warrant and Setting Amount of Bail, as well as this Motion to Seal the Indictment. As reason for such request, the United States would show the Court that information contained in these documents be sealed so as to safely effect the arrest of the Defendant and avoid a risk of flight.

The United States of America would also request that should this motion be granted that all of the aforementioned documents be unsealed following the Defendant's arrest.

A file-stamped copy shall be issued to the affiant and the government.

                                      Respectfully submitted,

                                      STEVEN TUGANDER
                                      Trial Attorney

By:    /s/ Steven Tugander
           STEVEN TUGANDER
           Trial Attorneys
           Antitrust Division
           U.S. Department of Justice
           201 Varick Street, Room 1006
           New York, NY 100014