AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Western District of Texas

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No.  1:25-CR-00344 ADA |
| | ) | |
| TIMOTHY JOSEPH LEIWEKE | ) | |
| | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   TIMOTHY JOSEPH LEIWEKE                                                                ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☐ Complaint
☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:

Date:      07/01/2025

_____
*Issuing officer's signature*

City and state:      Austin, TX

Susan Hightower, U.S. Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____                _____ *Arresting officer's signature* |
| _____ *Printed name and title* |