**United States District Court**
**Western District of Texas**
**Austin Division**

| | | |
|---|---|---|
| **United States of America,** | § | |
| | § | |
| Plaintiff. | § | |
| | § | |
| v. | § | Criminal No. 1:25-CR-00344 ADA |
| | § | |
| **Timothy Joseph Leiweke** | § | |
| Defendant. | § | |
| | § | |

# Order

Upon considering the Government's Motion to Unseal Case and Indictment in the above styled cause, the Court finds it to be meritorious. Accordingly,

**IT IS ORDERED** that the Government's motion is GRANTED.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall unseal the case and the Indictment filed in this cause effective immediately.

**SIGNED** this 9th day of July, 2025.

_____
UNITED STATES DISTRICT JUDGE