AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No.  1:25-CR-344-ADA |
| TIMOTHY JOSEPH LEIWEKE | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Timothy Joseph Leiweke.

Date:  7/15/2025

*David Gerger* (signature)
*Attorney's signature*

David Gerger
*Printed name and bar number*

700 Louisiana St., Suite 2300
Houston, Texas 77002
*Address*

dgerger@ghmfirm.com
*E-mail address*

(713) 224-4400
*Telephone number*

(713) 225-5153
*FAX number*