UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| vs. § | NO:  AU:25-CR-00344(1)-ADA |
| § | |
| (1) TIMOTHY JOSEPH LEIWEKE § | |

<u>ORDER SETTING SCHEDULE AND GRANTING MOTION CONTINUE AND TO DESIGNATE CASE AS COMPLEX</u>

The Defendant's motion to designate this case as complex, continue, and to set a status conference is granted. A separate order setting the status conference will be forthcoming. The motion is unopposed, and the Court finds that the ends of justice served by the requested schedule outweighs the interest of the parties or the public in a trial within 70 days. 18 U.S.C. §3161(h)(7)(A). For the reasons stated in the motion, the case is complex, and more time is needed for trial preparation. 18 U.S.C. §3161(h)(7)(B).

It is therefore ORDERED that by November 7, 2025, the parties shall report to the Court on the status of discovery (or other issues they may want to raise) and a further suggested schedule for trial. Either party may approach the Court before November 7 if needed.

The Court enters the following schedule upon Defendant's plea of "Not Guilty" at Arraignment.

<u>PLEA AGREEMENT DEADLINE</u>

Pursuant to Federal Rules of Criminal Procedure 11(e)(5) and the holding of the Fifth Circuit Court of Appeals in <u>U.S.A. v. Ellis</u>, 547 F.2d 863 (5th Cir. 1977), any plea bargain or plea agreement entered into by the parties in this cause shall be made known in writing to this Court on or before **November 3, 2025**.  No plea bargain or plea agreement entered into after this date shall be honored by this Court without good cause shown for delay.  SHOULD A PLEA AGREEMENT BE REACHED, **REARRAIGNMENT** WILL BE HELD AT 2:00pm **before Judge Mark Lane on November 12, 2025,** in Courtroom #8, on the 7th Floor at Austin, Texas UNLESS AN EARLIER DATE IS SCHEDULED WITH THE COURTROOM DEPUTY CLERK.

<u>TRIAL SETTING</u>

Subject only to Orders of this Court, this case is set for **JURY SELECTION AND TRIAL** on **December 1, 2025** at **9:00 A.M. AT U.S. COURTHOUSE, COURTROOM NO. #5, 6th FLOOR, 501 W 5th STREET, AUSTIN, TEXAS.** Counsel should be prepared for

commencement of trial immediately after jury selection or on date set out above. Requested voir dire questions must be submitted to the Court at least five (5) days before jury selection.

    Pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7), the Court finds that the ends of justice served by allowing the Defendant the additional time in which to prepare outweigh the best interest of the public and the Defendant in a speedy trial, in that the failure to grant such a continuance would unreasonably deny the Defendant's counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(7). Thus, the Court ORDERS that the time from October 22, 2025 to December 1, 2025, be excluded under the Speedy Trial Act.

SIGNED this 7th day of August, 2025

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE