UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | : |
| **Plaintiff.** | : |
| v. | : CRIMINAL NO. 1:25-CR-00344 ADA |
| **TIMOTHY JOSEPH LEIWEKE,** | : |
| **Defendant.** | : |

### GOVERNMENT'S NOTICE OF ORGANIZATIONAL VICTIM

The United States of America, pursuant to Rule 12.4(a)(2) of the Federal Rules of Criminal Procedure, hereby gives notice that the University of Texas at Austin is an organizational victim of the criminal activity alleged in the above-captioned case.

Respectfully submitted this 8th day of August, 2025.


By: *Ryan D. Budhu*
Ryan D. Budhu
Philip D. Andriole
Shirin Mahkamova
John S. Davis
Trial Attorneys
Antitrust Division
U.S. Department of Justice
201 Varick St., Room 1006
New York, NY 10014
212-264-0383
Ryan.budhu@usdoj.gov