UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| United States of America | § |
| | § |
| vs. | §  NO:  AU:25-CR-00344(1)-ADA |
| | § |
| (1) Timothy Joseph Leiweke | § |

## ORDER SETTING STATUS CONFERENCE

IT IS HEREBY ORDERED that the above entitled and numbered case is set for **Status Conference** on **Wednesday, November 12, 2025 at 10:00 AM**, in Courtroom No. 6 on the Sixth Floor of the United States Courthouse, 501 West Fifth Street, Austin, Texas.

IT IS FURTHER ORDERED that the Clerk of Court shall send a copy of this order to the defendant, counsel for defendant, the United States Attorney, U.S. Pretrial Services, United States Probation Office, and any surety or custodian, if applicable. Further, counsel for the defendant shall notify the defendant of this setting. The defendant shall be present if on bond.

IT IS SO ORDERED this **8th day of August, 2025.**

_____
SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE