UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § § § | |
| **Plaintiff.** | § § | |
| v. | § § | Criminal No. 1:25-CR-00344 ADA |
| **TIMOTHY JOSEPH LEIWEKE,** | § § § | |
| **Defendant.** | § | |

## UNITED STATES' MOTION FOR A PRETRIAL SCHEDULING ORDER

The United States of America respectfully requests that the Court enter the attached Proposed Scheduling Order for the filing of certain pretrial motions and exchange of other information.

Trial is scheduled to commence on December 1, 2025. The Government's proposed scheduling order would require discovery, notices, pretrial motions, and other trial-related information to be exchanged or filed on certain dates that conclude no later than several weeks before the final pretrial conference. Accordingly, the Government submits that the proposed schedule is an effective means to an orderly procession to the trial of this matter. The proposed schedule would also reduce the chance for surprises or emergency requests for relief, allow sufficient time for the Court to make pretrial rulings that may affect trial evidence, and, overall, facilitate trial.

On October 3, 2025, the undersigned was informed by counsel that Defendant objects to this schedule and will file a motion for continuance within the next week.

Respectfully submitted on October 3, 2025.

By:    /s/ Ryan D. Budhu

RYAN D. BUDHU
NY State Bar #: 5285317
Trial Attorney
Antitrust Division
U.S. Department of Justice

201 Varick Street, Room 1006
New York, NY 10014
Phone: (212) 824-1289
Ryan.budhu@usdoj.gov

## CERTIFICATE OF CONFERENCE AND SERVICE

On October 1, 2025, the Government and counsel for Defendant met and conferred about this proposed schedule and motion. On October 3, 3025, counsel informed the Government that Defendant objects to this schedule and will file a motion for continuance within the next week.

*/s/ Ryan D. Budhu*
Ryan D. Budhu
