# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>TIMOTHY JOSEPH LEIWEKE | CASE NO. 1:25-CR-00344-ADA |

## UNOPPOSED MOTION TO TRAVEL

Mr. Leiweke asks permission to travel on a business trip to Toronto, Canada (and nearby Hamilton, Canada) as follows:

Mr. Leiweke appeared on a summons in this case on July 21, 2025, and was released on bond. He is charged with one count of antitrust law; has no criminal record; is a life-long US citizen and resident; and lives in Denver, Colorado with his wife.

Mr. Leiweke has surrendered his passport to his pretrial/probation officer in Denver, but his employment calls for him to travel both within the United States and abroad. (The Court previously allowed Mr. Leiweke to travel to Europe in July, from which he returned and surrendered his passport as ordered.) He requests permission now to attend business in Toronto and Hamilton, Canada from November 17 - 22. He will provide his flight and hotel information to his

pretrial/probation officer if allowed to travel. The officer is *unopposed* and has advised us to file this request with the Court. If granted, the officer will facilitate the return and re-collection of Mr. Leiweke's passport.

The United States also *does not oppose* this motion.

Respectfully submitted,

/s/ David Gerger
David Gerger
Texas Bar No. 07816360
dgerger@ghmfirm.com
GERGER HENNESSY
MARTIN & PETERSON LLP
700 Louisiana, Suite 2300
Houston, Texas 77002
713.224.4400 – Telephone
713.224.5153 – Fax

**ATTORNEY FOR
TIMOTHY LEIWEKE**

## CERTIFICATE OF CONFERENCE AND SERVICE

Pretrial/probation officer Meghan Mills does not oppose this request. The United States also does not oppose this motion.

I filed this motion in the Court's electronic filing system, which serves all parties. I also have emailed this motion to U.S. Probation Officer Meaghan Mills at Meaghan_Mills@cod.uscourts.gov.

/s/ David Gerger
David Gerger

2