UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| UNITED STATES OF AMERICA, | § | |
|---|---|---|
| | § | |
| *v.* | § | |
| | § | |
| | § | Criminal No. 1:25-CR-00344 ADA |
| TIMOTHY JOSEPH LEIWEKE | § | |
| | § | |
| | § | |

## JOINT STATUS REPORT

Pursuant to the Court's Order dated August 7, 2025, Dkt. 26, the parties respectfully

submit this report addressing the status of discovery and other issues.

## Discovery

The Government has made the following productions to date:

| Date | Production Volume |
|---|---|
| August 13, 2025 | 6,934,204 pages |
| September 15, 2025 | 17,548 pages |
| October 10, 2025 | 132,987 pages |
| **Total** | 7,084,739 pages |

The Government continues to make rolling productions and is preparing additional

materials to produce later in November 2025.  As the defense has reviewed discovery, it

has raised certain issues with the Government.  The parties are working cooperatively

through those issues, which is taking some weeks.  If some impasse develops, we may raise

it with the Court, but we do not believe that is necessary at this point.

## Motion for Scheduling Order

On Oct. 27, 2025, the parties submitted a joint proposed Scheduling Order, Dkt. 50.

The parties subsequently submitted briefing with respect to the limited number of disputed

deadlines.  *See* Dkt. 51, 53.  The parties respectfully request that the Court enter a scheduling order at its earliest convenience.

## Upcoming Status Conference

The Court previously scheduled a status conference for November 12 at 10:00 am before Judge Hightower. The Defendant asked that the status conference be used for oral argument on his motion to preserve evidence, but that motion has now been denied.  *See* Dkts. 51, 52.  The Government takes no position on whether the Court should proceed with a status conference.  *See* Dkt. 53.  If the Court opts to keep the status conference scheduled, the parties have two requests: First, the Government asks, and the defense agrees, to conduct that hearing by video or telephonically.  Second, Mr. Leiweke is aware of his right to be present at the hearing, but the defense asks, and the Government agrees, to excuse Mr. Leiweke from appearing at the hearing.

Respectfully submitted,


 */s/ Ryan D. Budhu*
RYAN D. BUDHU
NY State Bar #: 5285317
Trial Attorney Antitrust Division
U.S. Department of Justice
201 Varick Street, Room 1006
New York, NY 10014
Phone: (212) 824-1289
Ryan.budhu@usdoj.gov

**ATTORNEY FOR UNITED STATES**

2

*/s/ David Gerger*
David Gerger
Texas Bar No. 07816360
dgerger@ghmfirm.com
GERGER HENNESSY
700 Louisiana, Suite 2300
Houston, Texas 77002
713.224.4400 – Telephone
713.224.5153 – Fax

**ATTORNEY FOR MR. LEIWEKE**