**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| v. | § | **CRIMINAL NO: 1:25-cr-00344-ADA-SH** |
| | § | |
| **TIMOTHY JOSEPH LEIWEKE** | § | |

**Order**

Now before the Court are the Joint Proposed Scheduling Order, filed October 27, 2025 (Dkt. 50), and Joint Status Report, filed November 5, 2025 (Dkt. 56).[1]

A status conference is set for 10 a.m. CST Wednesday, November 12, 2025 before this Magistrate Judge. Dkt. 30. In their Joint Status Report, the parties ask the Court to (1) conduct the hearing by video or telephonically and (2) excuse Defendant from appearing. The Court **GRANTS** both requests.

It is **ORDERED** that the status conference will proceed by videoconference. Counsel will receive a link from Courtroom Deputy Kyra Fink, Kyra_Fink@txwd.uscourts.gov. During the hearing, the Court will address the deadlines disputed by the parties in their Joint Proposed Scheduling Order.

It is **FURTHER ORDERED** that Defendant is excused from the status conference.

**SIGNED** on November 6, 2025.

_____
SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE

---

[1] By Standing Order entered February 27, 2025, the Honorable Alan D Albright referred this case to this Magistrate Judge for disposition of all non-dispositive pretrial matters as provided in 28 U.S.C. § 636(b)(1)(A) and for findings and recommendations on all case-dispositive motions as provided in 28 U.S.C. § 636(b)(1)(B).