UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v. § | Criminal No. 1:25-cr-00344-ADA-SH |
| § | |
| TIMOTHY JOSEPH LEIWEKE § | |

PROPOSED SCHEDULING ORDER[1]

Pursuant to Magistrate Judge Hightower's November 12, 2025 order, Dkt. No. 60, the parties now submit a proposed scheduling order for Judge Albright's signature.

Respectfully submitted on November 14, 2025,

By:  /s/ Conor Bradley
CONOR BRADLEY
NJ State Bar #: 373722021
Trial Attorney, Antitrust Division
U.S. Department of Justice
201 Varick Street, Room 1006
New York, NY 10014
Phone: (202) 394-2793
Conor.Bradley@usdoj.gov
**ATTORNEY FOR UNITED STATES**

/s/ David Gerger
DAVID GERGER
Texas Bar No. 07816360
Gerger Hennessy Martin & Peterson LLP
700 Louisiana, Suite 2300
Houston, Texas 77002
713.224.4400 – Telephone
713.224.5153 – Fax
dgerger@ghmfirm.com
**ATTORNEY FOR MR. LEIWEKE**

---

[1] By jointly submitting this proposed order as directed by the Court, Dkt. No. 60, Defendant does not waive his objections to the schedule for pretrial motions and Rule 404(b) deadlines, as articulated at the status conference on November 12, 2025, see Dkt. No. 59, and in Defendant's October 27, 2025 filing, see Dkt. No. 51, and which Defendant will lay out in a separate filing.

**Discovery and Notices**

1.  To the extent not already provided, the Government shall provide discovery materials required by Fed. R. Crim. P. 16(a)(1), other than expert disclosures, no later than November 15, 2025.

2.  To the extent not already provided, the Government shall provide any exculpatory evidence, within the meaning of *Brady v. Maryland*, 373 U.S. 83 (1963), and its progeny, on or before November 15, 2025. Any exculpatory evidence that becomes known to the Government after that date shall be disclosed reasonably promptly after becoming known to the Government.

3.  Defendant shall provide all discovery required by Fed. R. Crim. P. 16(b)(1), other than expert disclosures and any returns from subpoenas issued pursuant to Fed. R. Crim. P. 17(c), on or before March 16, 2026. Defendant may issue subpoenas for pretrial return under Fed. R. Crim. P. 17(c) and shall produce to the Government the returns from subpoenas issued pursuant to Fed. R. Crim. P. 17(c) within two weeks of the respective return(s).

4.  Defendant shall provide any and all notices required by Fed. Rs. Crim. P. 12.1, 12.2, and 12.3 on or before November 15, 2025.

5.  Defendant shall provide notice to the Government whether he is seeking expert disclosures on or before January 6, 2026. If Defendant is seeking expert disclosures, the following shall be the schedule for disclosing potential expert witness testimony:

    a.  The Government shall provide, in writing, notice including the information required by Fed. R. Crim. P. 16 (a)(1)(G)(iii) for any testimony that it intends to use at trial under Fed. Rs. of Evid. 702, 703, or 705 during its case-in-chief, by February 6, 2026.

    b. Defendant shall provide, in writing, notice including the information required by Fed. R. Crim. P. 16 (b)(1)(C) for any testimony that Defendant intends to use under Federal Rule of Evidence 702, 703, or 705 during Defendant's case-in-chief at trial by March 13, 2026.

    c. The Government shall provide, in writing, notice including the information required by Fed. R. Crim. P. 16 (a)(1)(G)(iii) of any rebuttal witness to counter testimony that Defendant has timely disclosed under Fed. R. Crim. P. 16 (b)(1)(C) by March 27, 2026.

### Pretrial Motions

6. The following shall be the schedule for pretrial motions, other than motions *in limine*, in this matter:

    a. The parties shall file any and all pretrial motions, including motions pursuant to Fed. Rs. Crim. P. 12(b) and 41(h), on or before December 19, 2025.

    b. The parties shall file any response to any such pretrial motion on or before January 16, 2026.

    c. The parties shall file any reply on or before January 30, 2026.

### Trial

7. The parties shall file any in *limine* motions on or before April 3, 2026, responses to such motions may be filed on or before April 17, 2026; replies, if any, may be filed on or before April 24, 2026. The parties may seek leave to file additional motions in *limine* subsequent to this date.

8. The Government shall provide its pre-marked exhibits on or before April 13, 2026.

    a. The authenticity, chain of custody, and admissibility under Fed. R. Evid.

3

802 of the Government's pre-marked exhibits shall be deemed to have been accepted unless an objection is asserted in accordance with paragraph 8(b).

    b. If Defendant wishes to contest the authenticity or chain of custody of an exhibit or assert that an exhibit is inadmissible under Fed. R. Evid. 802, Defendant shall file on or before April 27, 2026, a notice that the authenticity, chain of custody, or admissibility of the exhibit under Fed. R. Evid. 802 will be contested at trial, together with a statement delineating why the exhibit is being challenged.

9. Defendant shall provide its pre-marked exhibits on or before April 20, 2026.

    a. The authenticity, chain of custody, and admissibility under Fed. R. Evid. 802 of Defendant's pre-marked exhibits shall be deemed to have been accepted unless an objection is asserted in accordance with paragraph 9(b).

    b. If the Government wishes to contest the authenticity or chain of custody of an exhibit or assert that an exhibit is inadmissible under Fed. R. Evid. 802, counsel for the Government shall file, on or before April 27, 2026, a notice that the authenticity, chain of custody, or admissibility of the exhibit under Fed. R. Evid. 802 will be contested at trial, together with a statement delineating why the exhibit is being challenged.

10. The Government shall provide all material to be disclosed under *Giglio v. United States*, 405 U.S. 150 (1972), and its progeny, no later than March 3, 2026, and shall provide any material to be provided under the Jencks Act, 18 U.S.C. § 3500, on or before April 3, 2026.

11. Defendant shall produce all "reverse Jencks" under Fed. R. Crim. P. 26.2 no later than April 23, 2026.

12. If the Government intends to offer any Rule 404(b) evidence, the Government shall provide notice of this evidence in the form delineated in Federal Rule of Evidence 404(b)(3) on or before March 3, 2026.

13. The parties shall file any *voir dire* requests on or before April 20, 2026.

14. The parties shall file any and all requests to charge, including those addressed to preliminary instructions to the jury and the elements of the offenses at issue, on or before April 20, 2026.

15. The Government will file or deliver its witness list by April 22, and the defense will file or deliver its witness list by April 27.

16. The Government shall disclose demonstratives (or illustrative aids pursuant to Rule 107) or other summary exhibits (pursuant to Rule 1006) on or before April 22, 2026; the defense shall do so on or before April 27.

17. The parties shall file any trial memoranda on or before April 17, 2026.

18. The Court will hold a final pretrial conference on April 27, 2026.

**SIGNED** this _____ day of _____, 20\_\_.

_____
Hon. Alan D. Albright
United States District Judge

5