UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § § | |
| v. | § § | Criminal No. 1:25-cr-00344-ADA-SH |
| **TIMOTHY JOSEPH LEIWEKE** | § § | |

**GOVERNMENT'S MOTION TO DISMISS THE INDICTMENT**

On December 2, 2025, the President of the United States issued an executive grant of clemency to Timothy J. Leiweke. *See* Attachment. In particular, the President granted Defendant "a full and unconditional pardon" for "those offenses against the United States" alleged in "<u>United States v. Timothy Joseph Leiweke, 1:25-cr-00344 ADA</u>." *Id.* Thus, the United States of America, by and through its undersigned counsel, respectfully moves to dismiss with prejudice the Indictment against Defendant pursuant to Federal Rule of Criminal Procedure 48(a).

WHEREFORE, the United States respectfully requests that this Court grant its motion and dismiss the Indictment with prejudice.

Respectfully submitted on December 4, 2025,

By: _____
OMEED A. ASSEFI
Deputy Assistant Attorney General for Criminal Enforcement

RYAN D. BUDHU
PHIL ANDRIOLE
SHIRIN MAHKAMOVA
JOHN STAIGE DAVIS
CONOR BRADLEY
Trial Attorneys, Antitrust Division
U.S. Department of Justice
201 Varick Street, Room 1006
New York, NY 10014