UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | Criminal No. 1:25-cr-00344-ADA-SH |
| TIMOTHY JOSEPH LEIWEKE | § § | |

## ORDER

It is hereby ordered that the Government's Motion to Dismiss the Indictment with prejudice pursuant to Federal Rule of Criminal Procedure 48(a), ECF No. 66, is GRANTED.

It is further ordered that the Indictment, ECF No. 3, is DISMISSED WITH PREJUDICE.

Signed this 5th day of December, 2025.

_____
Hon. Alan D Albright
United States District Judge